AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

D.W. et al.

**SUMMONS IN A CIVIL CASE**

V.

Gov't. of District of Columbia et al.

Case: 1:07-cv-01427
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/6/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Gov't. of District of Columbia
Serve: Attorney General of D.C.
Attn: Janice Stokes or Darlene Fields
One Judiciary Square
441 4th Street, N.W., Suite 600
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jude C. Iweanoge, Esq.
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, D.C. 20017

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        AUG - 6 2007
CLERK                          DATE

_Maureen Higgins_
(By) DEPUTY CLERK

Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | NOV 16, 2007 |
| NAME OF SERVER *(PRINT)* ADRIAN K BEAN | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 441 4th S.T N.W
STE 600 WDC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: TONIA ROBINSON

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-16-07
Date

*Signature of Server*

230 NEWLAND S.T S.G
*Address of Server* WDC 2032

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.