AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

D.W. et al.

**SUMMONS IN A CIVIL CASE**

V.

Gov't. of District of Columbia et al.

Case: 1:07-cv-01427
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/6/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

The Chancellor, Michelle Rhee
District of Columbia Public Schools
825 North Capitol Street, NE
Washington, D.C. 20002



**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jude C. Iweanoge, Esq.
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, D.C. 20017

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                            AUG - 6 2007
─────────────────────────────                       ──────────────
CLERK                                               DATE

(signature)

Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | NOV 16, 2007 |
| NAME OF SERVER *(PRINT)* ADRIAN K BEAN | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 825 N̲ N̲ C̲O̲P̲T̲L̲ S̲T̲ NW WDC 2002 STE 900

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: J HALLARY

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-16-07
             Date

Signature of Server

230 NEWLAND ST S.G
Address of Server   WDC 2032

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.