UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.W., a minor <br> by her educational advocate, <br> FATMATA BARRIE <br> <br> Plaintiff <br> <br> v. <br> <br> DISTRICT OF COLUMBIA, et al <br> <br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *     Civil Action No. 07-1427 (ESH) |

## CONSENT MOTION TO RE-SCHEDULE THE SCHEDULING CONFERENCE SET FOR JANUARY 11, 2008

The Plaintiff, by and through its undersigned counsel and with the consent of defendants' counsel, respectfully requests that the Court re-schedule the Initial Scheduling Conference currently set for January 11, 2008 at 9:15 a.m. on the grounds that the undersigned counsel will be out of the country on that date on a pre planned vacation. The parties propose that the scheduling conference be reset on January 18, 2008 at 9:15 am.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.


_____/s/*Jude Iweanoge*/s/_____
Jude C. Iweanoge (DCB#493241)
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, DC  20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com
Attorney for Plaintiff

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.W., a minor * <br> by her educational advocate, * <br> FATMATA BARRIE * <br>   * <br> Plaintiff * <br>   * <br> v. * <br>   * <br> DISTRICT OF COLUMBIA, et al * <br>   * <br> Defendants * | Civil Action No. 07-1427 (ESH) |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. Fed. R. Civ. P. 6(b)(1).

2. The Order for Initial Scheduling Order.

3. The inherent powers of the Court.

4. Defendants consent to this motion.

5. The interest of justice and the record herein.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.

/s/*Jude Iweanoge*/s/
Jude C. Iweanoge (DCB#493241)
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, DC  20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com
Attorney for Plaintiff

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **D.W., a minor** \* <br> **by her educational advocate,** \* <br> **FATMATA BARRIE** \* <br> \* <br> **Plaintiff** \* <br> \* <br> v. \* <br> \* <br> **DISTRICT OF COLUMBIA, et al** \* <br> \* <br> **Defendants** \* | **Civil Action No. 07-1427 (ESH)** |

## ORDER

Upon consideration of Plaintiff's Consent Motion to re-schedule the Initial Scheduling Conference set for January 11, 2008, and the entire record herein, it is this \_\_\_\_ day of _____, 2006, hereby

ORDERED, that the Plaintiff's Motion is granted.

_____
ELLEN SEGAL HUVELLE
United States District Court Judge