IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **D.W., by her educational advocate** | * | |
| **FATMATA BARRIE** | * | |
|   Plaintiff | * | |
| | * | **Civil Action No: 07-1427 (JMF)** |
|   v. | * | |
| | * | |
| **DISTRICT OF COLUMBIA,** | * | |
|   Defendants(s) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION TO DISMISS

COMES NOW, the Plaintiff, D.W., a minor, by her educational advocate Fatmata Barrie, by and through their attorneys Jude C. Iweanoge, Esquire and THE IWEANOGES' FIRM, P.C. request that the Court dismiss the above captioned matter. Undersigned counsel contacted counsel for the District of Columbia and she consents to this request.

WHEREFORE, Plaintiff respectfully requests this Court to dismiss this matter.

            Respectfully submitted,
            THE IWEANOGES' FIRM P.C.

By: _/s/JudeIweanoge/s/_____
            Jude C. Iweanoge
            IWEANOGE LAW CENTER
            1026 Monroe Street, NE
            Washington, DC 20017
            Phone: (202) 347-7026
            Fax: (202) 347-7108
            Email: jci@iweanogesfirm.com

### CERTIFICATE OF SERVICE

I certify that on May 6, 2008, a copy of the foregoing Plaintiff's motion to dismiss was filed via electronic case filing system of the United States District Court for the District of Columbia and, accordingly, that the Court will send notice of this filing electronically to Defendant's counsel.

            _/s/JudeIweanoge/s/_
            Jude C. Iweanoge